**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| TYRONE HURT, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:16-CV-00017-RC |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
<u>UNITED STATES MAGISTRATE JUDGE</u>**

The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 3), which recommends that the court dismiss this case pursuant to 28 U.S.C. § 1915(e). No objections were filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 3) is **ADOPTED** and the Plaintiff's claims are dismissed. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **18** day of **April, 2016.**

_____
Ron Clark, United States District Judge